FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUL - 1 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )
vs.                                          )    **4:20CR312 AGF/PLC**
                                             )
HARVEY CAMERON, and                          )
MONTE KENT,                                  )
                                             )
                    Defendants.              )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about June 21, 2020, in St. Louis City, within the Eastern District of Missouri,

**HARVEY CAMERON, and,
MONTE KENT,**

the Defendants herein, aiding and abetting each other, did obstruct, delay, or affect commerce or

the movement of any article or commodity in commerce or attempt to do so by robbery of the 7-

Eleven at 5350 Chippewa Street, St. Louis, Missouri, which is a commercial establishment

engaged in interstate or foreign commerce and in the business of buying and selling articles and

commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2, and punishable under

Title 18, United States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

On or about June 21, 2020, in St. Louis City, within the Eastern District of Missouri,

**HARVEY CAMERON, and,
MONTE KENT,**

the Defendants herein, aiding and abetting each other, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery, or attempting to do so, as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Sections 924(c)(1)(A)(i) or 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about June 21, 2020, in St. Louis City, within the Eastern District of Missouri,

## HARVEY CAMERON,

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1) and punishable under Title 18, United State Code, Section 924(a)(2).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney